■ In the Matter of DANIEL B., Appellant. — Order, Family Court, Bronx County (Mainzer, J., at dispositional hearing; Donovan, J., at fact-finding hearing), entered July 23, 1980, adjudicating appellant a juvenile delinquent and placing him on probation for two years, reversed, on the law, without costs, and matter remanded for a new fact-finding hearing. At his plea, the appellant admitted that he had committed an act which, if done by an adult, would constitute the crime of burglary in the third degree. The respondent candidly conceded that the Judge at fact finding erroneously failed to explain to the appellant that he was waiving his constitutional rights to (i) trial, (ii) confrontation and (iii) cross-examination. Furthermore, the Judge did not explain the consequences flowing from such waiver (Matter of Steven W., 75 AD2d 756.) Likewise, the respondent admits that the plea allocution was totally inadequate. (Matter of Myacutta A., 75 AD2d 774.) For these reasons, a new fact-finding hearing must be held. Concur — Murphy, P.J., Birns, Ross and Markewich, JJ.

■ In the Matter of EVERETT W. CARDINAL McCLOSKEY SCHOOL AND HOME, Appellant-Respondent; VIRGINIA SHOBEY, Respondent-Appellant. — Order, Family Court, New York County (Marks, J.), entered on July 28, 1980, unanimously affirmed, without costs and without disbursements. In the interests of the child, the parties would be well advised to expeditiously dispose of this matter on the merits. No opinion. Concur — Birns, J.P., Ross, Markewich, Bloom and Fein, JJ.

■ ENRICO DI PORTANOVA et al., Respondents, v AMERICAN BROADCASTING COMPANY, INC., et al., Appellants. — Order, Supreme Court, New York County (H. Schwartz, J.), entered on July 31, 1980, unanimously reversed, on the law, and the motion to dismiss the first cause of action granted. Appellants shall recover of respondents $75 costs and disbursements of this appeal. (See di Portanova v New York News, 80 AD2d 820.) No opinion. Concur — Kupferman, J.P., Sullivan, Carro and Silverman, JJ.

■ JAY A. FRISHMAN, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Determination of application to set aside and annul the order of the State Human Rights Appeal Board, dated March 5, 1981, unanimously held in abeyance and respondent Blue Cross/Blue Shield directed to serve and file its answer within 20 days of the date of the order of this court entered herein, and the cross motion to dismiss the petition is denied, without costs and without disbursements. No opinion. Concur — Birns, J.P., Sandler, Ross, Markewich and Bloom, JJ.